UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Maura A. Jenkins

(Enter above the full name of plaintiff in this action)

v.

Harrisburg Rotary Club, A/K/A Rotary Club of Harrisburg

Rotary International

Una Martone, Individually.

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: 1:24-cv-1724
(to be supplied by Clerk of the District Court)

FILED
HARRISBURG, PA
OCT 09 2024
PER ___IBR___
DEPUTY CLERK

## COMPLAINT

1. The plaintiff __Maura A. Jenkins__ a citizen of the County of __Cumberland__ State of Pennsylvania, residing at __53 W. Main St; apt 2; Mechanicsburg, PA 17055__ wishes to file a complaint under __Title VII of the Civil Rights Act of 1964__
(give Title No. etc.)

2. The defendants are: __Harrisburg Rotary Club, A/K/A Rotary Club of Harrisburg; Rotary International; Una Martone, Individually.__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __over →__

3. (CONTINUED) Please see attached Exhibit `A` outlining my case against the Defendants.

Exhibit B. - Supporting Documents to claim/Complaint (Ex. A) and list of specific documents.

4. WHEREFORE, plaintiff prays that The Court enter an Order/award favorable for the Plaintiff, Finding Defendants Discriminated against her under Title 7 of the Civil Rights act of 1964 as outlined in her Complaint, entering an award for Compensation representing lost salary and damaged employment opportunity, emotional damages, Punative damages for wreckless and malicious discrimination, Injunctive relief requiring Defendants to stop their discriminatory practices and impliment changes, ~~attorneys~~ and any other relief this Court deems just.

Mauna G. Jenkins
(Signature of Plaintiff)
53 W. Main St, apt. 2
Mechanicsburg, PA 17055
717-903-3933
mauraajenkins@gmail.com