UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURA A. JENKINS, | : | NO. 1:24-CV-01724 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| HARRISBURG ROTARY CLUB A.K.A. ROTARY CLUB OF HARRISBURG, AND ROTARY INTERNATIONAL, | : : : : | |
| Defendants. | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that:

(1) Defendants' Motions for Summary Judgment, Docs. 35, 38, are **GRANTED**;

(2) Judgment is entered in FAVOR of Defendants and AGAINST Plaintiff; and

(3) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Date: October 16, 2025            s/*Sean A. Camoni*
                                  Sean A. Camoni
                                  United States Magistrate Judge